EAST BATON ROUGE PARISH C-722397
Filed Aug 17, 2022 1:10 PM  30
Deputy Clerk of Court

**19th JUDICIAL DISTRICT COURT FOR THE PARISH EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO.                                                                                              DIVISION " "

**MYRA WILSON**

**VS.**

**CONTINENTAL DIVIDE INSURANCE COMPANY, A.B.R. AUTO TRANSPORT, INC., JOSUE GONZALEZ AND AMERICA FIRST INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)**

FILED: _____                              _____
                                                                                                    DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of **MYRA WILSON**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, respectfully represents:

I.

Made defendants herein are:

**CONTINENTAL DIVIDE INSURANCE COMPANY**, a foreign insurance company authorized to do and doing business in the State of Louisiana;

**A.B.R. AUTO TRANSPORT, INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana;

**JOSUE GONZALES**, a person of the full age of majority and a resident of the County of Hillsborough, State of Florida; and

**AMERICA FIRST INSURANCE COMPANY** (in its capacity as uninsured/underinsured motorist carrier), a foreign insurance company authorized to do and doing business in the State of Louisiana.

II.

Defendants herein are jointly and *in solido* liable and indebted unto Petitioner for such damages as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the following to-wit:



III.

On or about **December 11, 2021**, an accident occurred at or near the intersection of I-10 and Nicholson Drive in the Parish of East Baton Rouge, State of Louisiana, wherein the vehicle owned by **A.B.R. AUTO TRANSPORT, INC.**, and operated by **JOSUE GONZALES** struck the rear of the vehicle owned and operated by **MYRA WILSON**.

IV.

The sole and proximate cause of the above-referenced accident was the negligence and fault of the defendant, **JOSUE GONZALES**, which is attributed to, but not limited to, the following non-exclusive particulars:

a) Following too closely;

b) Failure to maintain a safe distance from other vehicles;

c) Failure to yield;

d) Failure to see what he should have seen;

e) Failure to keep a good and careful lookout;

f) Operating his vehicle in a careless and reckless manner without regard for the safety of others;

g) Failure to maintain reasonable and proper control of the vehicle which he was operating;

h) Failure to follow the customary rules of the road of the State of Louisiana, which rules are specifically pled herein as though copied *in extenso;* and

i) Any and all other acts of negligence which may be proven at the trial of this matter.

V.

As a result of the subject accident and negligence of the above-referenced defendant, **JOSUE GONZALES**, Petitioner, **MYRA WILSON**, was injured and is entitled to recover such damages as are reasonable in the premises.

VI.

Upon information and belief, it is alleged that at all times material hereto, that **JOSUE GONZALES** was in the course and scope of employment for and/or on a mission and/or errand for **A.B.R. AUTO TRANSPORT, INC.**, on the date of this accident, thus rendering said defendant, **A.B.R. AUTO TRANSPORT, INC.**, vicariously liable unto Petitioner with the other named defendants.

VII.

Upon information and belief, it is alleged that at all times material hereto, including but not limited to the date of the subject accident defendant, **CONTINENTAL DIVIDE INSURANCE COMPANY**, provided a policy of automobile liability insurance on the vehicle owned by **A.B.R. AUTO TRANSPORT, INC.**, and operated by **JOSUE GONZALES**, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **CONTINENTAL DIVIDE INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

VIII.

Upon information and belief, defendants, **A.B.R. AUTO TRANSPORT, INC.**, and **JOSUE GONZALES**, are underinsured to fully compensate Petitioner for her damages. At all relevant times, **AMERICA FIRST INSURANCE COMPANY** provided a policy of uninsured/underinsured motorist coverage on the vehicle owned and operated by **MYRA WILSON** on the date of this accident, and said policy provided coverage for the type of loss sued upon herein, thus rendering the defendant, **AMERICA FIRST INSURANCE COMPANY**, liable unto Petitioner with the other named defendants.

IX.

**WHEREFORE**, Petitioner prays that defendants be duly cited and served with a copy of this Petition and, after all due proceedings are had, there be a judgment rendered herein in favor of Petitioner and against the defendants, **CONTINENTAL DIVIDE INSURANCE COMPANY, A.B.R. AUTO TRANSPORT, INC., JOSUE GONZALEZ AND AMERICA FIRST INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)**, jointly and *in solido* in amounts

as are reasonable in the premises, including past and future physical pain and suffering, past and future mental pain and suffering, past and future loss of enjoyment of life, disability to the body, past and future medical expenses, loss of past and future earnings, loss of future earning capacity, loss of consortium with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief as the Court deems fit.

Respectfully submitted,

LAW OFFICES OF EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC

EDWARD J. WOMAC, JR. #02195
BRIAN BRANCH #30411
RYAN WOMAC #38944
3501 Canal Street
New Orleans, LA 70119
Telephone No. (504) 486-9999
Facsimile No. (504) 488-4178
rwomac@edwardwomac.com

**PLEASE SERVE:**

**CONTINENTAL DIVIDE INSURANCE COMPANY**
Through Louisiana Long Arm Statute and Its Registered Agent for Service of Process:
Chief Financial Officer of the State of Florida
200 East Gaines Street
Tallahassee, Florida 32399

**A.B.R. AUTO TRANSPORT, INC.**
Through Louisiana Long Arm Statute and Its Registered Agent for Service of Process:
Viviana Fonseca
6912 North Lois Avenue
Tampa, Florida 33614

**JOSUE GONZALES**
Through Louisiana Long Arm Statute:
78109 North Glen Avenue
Tampa, Florida 33614

**AMERICA FIRST INSURANCE COMPANY**
Through Its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

CERTIFIED TRUE AND CORRECT COPY

SEP 21 2022

East Baton Rouge Parish
Deputy Clerk of Court

EAST BATON ROUGE PARISH    C-722397
Filed Aug 17, 2022 1:10 PM         30
Deputy Clerk of Court

# LOUISIANA CIVIL CASE REPORTING
## Civil Case Cover Sheet - LA. R.S. 13:4688 and
## Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:** Myra Wilson

vs.

Continental Divide Insurance Company, et al.

**Court:** 19th JDC    **Docket Number:** ____

**Parish of Filing:** East Baton Rouge    **Filing Date:** ____

**Name of Lead Petitioner's Attorney:** Ryan Womac

**Name of Self-Represented Litigant:** ____

**Number of named petitioners:** 1    **Number of named defendants:** 4

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- [x] Auto: Personal Injury
- [ ] Auto: Property Damage
- [ ] Auto: Wrongful Death
- [ ] Auto: Uninsured Motorist
- [ ] Asbestos: Property Damage
- [ ] Asbestos: Personal Injury/Death
- [ ] Product Liability
- [ ] Premise Liability
- [ ] Intentional Bodily Injury
- [ ] Intentional Property Damage
- [ ] Intentional Wrongful Death
- [ ] Unfair Business Practice
- [ ] Business Tort
- [ ] Fraud
- [ ] Defamation
- [ ] Professional Negligence
- [ ] Environmental Tort
- [ ] Medical Malpractice
- [ ] Intellectual Property
- [ ] Toxic Tort
- [ ] Legal Malpractice
- [ ] Other Tort (describe below)
- [ ] Other Professional Malpractice
- [ ] Redhibition
- [ ] Maritime
- [ ] Class action (nature of case)
- [ ] Wrongful Death
- [ ] General Negligence

Please briefly describe the nature of the litigation in one sentence of additional detail:

MVA

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name ____    Signature ____
EDWARD J. WOMAC, JR.
& ASSOCIATES, LLC.
3501 CANAL ST.
Address ____ NEW ORLEANS, LOUISIANA 70119 ____
(504) 486-9999

Phone number: ____    E-mail address: ____

CERTIFIED TRUE AND CORRECT COPY

SEP 21 2022

East Baton Rouge Parish
Deputy Clerk of Court

# RETURN COPY



D9663790

## CITATION

| | |
|---|---|
| MYRA WILSON<br>(Plaintiff) | NUMBER C-722397 "30" |
| | 19TH JUDICIAL DISTRICT COURT |
| VS | |
| | PARISH OF EAST BATON ROUGE |
| CONTINENTAL DIVIDE INSURANCE<br>COMPANY, ET AL<br>(Defendant) | STATE OF LOUISIANA |

TO:   AMERICA FIRST INSURANCE COMPANY
      THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
      LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2022**.



*Myrihk Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: WOMAC, RYAN
*The following documents are attached:
PETITION FOR DAMAGES

---

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.
**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.  I made service on the named party through the
                                                                                    Office of the Secretary of State on
SERVICE: $_____                                                                   9:30 AM
MILEAGES $_____        _____                                  AUG 2 4 2022
TOTAL:   $_____              Deputy Sheriff                                       by tendering a copy of this document to
                             Parish of East Baton Rouge                              ☑ J. Nesbit          ☐ D. Brown
                                                                                    ☐ T. Glover          ☐ Kara Caldwell
       CERTIFIED TRUE AND          CITATION-2000                                     DY. MIKE TURNER 1963
       CORRECT COPY                                                                  _____
                                                                                    Deputy Sheriff, Parish of East Baton Rouge, Louisiana
         SEP 21 2022

       East Baton Rouge Parish
       Deputy Clerk of Court

EAST BATON ROUGE PARISH
Filed Sep 12, 2022 1:22 PM
Deputy Clerk of Court
E-File Received Sep 12, 2022 9:34 AM
C-722397
30

LA980-047866774-0005

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

SUIT NUMBER 722,397    DIVISION "30"

\* \* \* \* \* \*

MYRA WILSON

VERSUS

CONTINENTAL DIVIDE INSURANCE COMPANY, A.B.R. AUTO TRANSPORT, INC.; JOSUE GONZALEZ AND AMERICA FIRST INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)

FILED _____        _____
                             DEPUTY CLERK

**ANSWER**

NOW INTO COURT, through undersigned counsel, comes Defendant, **AMERICA FIRST INSURANCE COMPANY**, who, in answer to Plaintiff's Petition for Damages, denies each and every allegation contained therein except such as may be hereinafter specially admitted.

Further answering the specifically numbered paragraphs of the Petition, Defendant pleads as follows:

I.

America First Insurance Company admits it is a foreign corporation authorized to do and is doing business in the State of Louisiana. Except as so qualified, the remaining allegations of Paragraph I are denied for lack of sufficient information to justify a belief as to the truth therein.

II.

To the extent the allegations of Paragraph II regard the liability of Defendant, America First Insurance Company, said allegations are denied. In all other respects, the allegations of Paragraph II are denied for lack of sufficient information to justify a belief as to the truth therein.

III.

The allegations of Paragraph III are denied for lack of sufficient information to justify a belief as to the truth therein, except to admit that a collision did in fact occur.

CERTIFIED TRUE AND
CORRECT COPY

SEP 2 1 2022

East Baton Rouge Parish
Deputy Clerk of Court

IV.

The allegations of Paragraph IV are not directed towards this Defendant; therefore, Defendant need not reply. To the extent a response is required, the allegations in all parts of Paragraph IV are denied for lack of sufficient information to justify a belief as to the truth therein.

V.

The allegations of Paragraph V are not directed towards this Defendant; therefore, Defendant need not reply. To the extent a response is required, the allegations of Paragraph V are denied for lack of sufficient information to justify a belief as to the truth therein.

VI.

The allegations of Paragraph VI are not directed towards this Defendant; therefore, Defendant need not reply. To the extent a response is required, the allegations of Paragraph VI are denied for lack of sufficient information to justify a belief as to the truth therein.

VII.

The allegations of Paragraph VII are not directed towards this Defendant; therefore, Defendant need not reply. To the extent a response is required, the allegations of Paragraph VII are denied for lack of sufficient information to justify a belief as to the truth therein.

VIII

The allegation contained in Paragraph VIII are denied except to admit that on and before the date of the alleged accident that America First Insurance Company had issued a policy of insurance to Allen Hill and Myra Wilson with such policy containing many terms, conditions, limitations, and exclusions limiting and defining the coverage provided by the policy. Defendant specifically pleads all the terms, conditions, and exclusions contained within the policy as if fully rewritten herein.

IX.

To the extent that the prayer contains allegations that require admission or denial, all allegations are denied.

**AND NOW FURTHER ANSWERING;**

X.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant avers that third parties for whom this Defendant is not responsible were at fault for the subject accident.

XI.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant avers that the accident in question was caused as the result of the exclusive negligence of other parties or individuals for which this Defendant is not responsible.

XII.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant avers that the accident in question was caused or contributed to as a result of the comparative negligence of the Plaintiff which serves to bar or reduce any recovery herein.

XIII.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant avers that Plaintiff's alleged injuries are the result of other accidents for which this Defendant is not responsible.

XIV.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant pleads that Plaintiff had a duty to mitigate any damages from which she may suffer, which failure bars or reduces any recovery herein.

XV.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant avers that the Plaintiff's injuries were caused by a pre-existing condition or by other persons, entities, forces and/or things over which this Defendant had no control and for which this Defendant is not responsible.

XVI.

Defendant, America First Insurance Company, avers that it is entitled to a credit for all underlying liability insurance available to petitioner as compensation for the injuries and damages allegedly sustained.

XVII.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant specifically asserts the provisions of the Medicare Secondary Payer Act 42 USC 1395 et seq, the Medicare, Medicaid and SCHIP Extension Act of 2007 31 USCS 3711 et seq, 45CFR 30 et seq and 42 CFR 411 et seq. In accordance with said acts and applicable laws relevant thereto, Defendant alleges that the failure of the Plaintiff to provide official and definitive documentation from the Center for Medicare and Medicaid Services regarding the amount, if any, of any liens held by or set-asides required by the aforesaid entities is an affirmative defense to any state law requirement to make an unconditional tender of any Uninsured or Underinsured Motorist Coverage and/or Medical Payments Coverage.

XVIII.

Defendant lacks sufficient information at this time to assert certain additional affirmative defenses and reserves the right to assert same if they become apparent through discovery or other means.

XIX.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant avers that the Plaintiff's injuries, if any, were caused by an unavoidable accident for which this Defendant cannot be held legally responsible.

XX.

To the extent the evidence may so indicate, and in order to preserve the affirmative defense, Defendant avers that the injuries sustained were proximately caused by either victim fault, third party fault or an Act of God.

XXI.

In the event that Plaintiff's cause of action should exceed the jurisdictional threshold for trial by jury, Respondent is entitled to and demand a jury trial on all issues herein.

WHEREFORE, Defendant, **AMERICA FIRST INSURANCE COMPANY,** prays that this Answer to Plaintiff's Petition for Damages be deemed good and sufficient, and that after due proceedings are had, that Plaintiff's Petition for Damages be dismissed at Plaintiff's costs. Defendant further prays for trial by jury and for all other general and equitable relief.

Respectfully submitted:

LAW OFFICE OF BRAD J. BRUMFIELD

BY:_____
MASON C. JOHNSON, Bar Roll #32168
BRAD J. BRUMFIELD, Bar Roll #24982
(physical) 9100 Bluebonnet Centre Blvd, Ste. 300
Baton Rouge, LA 70809
(mailing) PO Box 7217
London, KY 40742
(225) 442-6743 (direct dial)
(225) 293-7272 (general office no.)
(603) 430-0864 (fax)
Mason.Johnson@libertymutual.com
Address for electronic service:
BatonRougeLegalMail@libertymutual.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the U.S. Mail, postage prepaid and properly addressed, this 12th day of September, 2022.

_____
Mason C. Johnson

LA980-047866774-0005

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

SUIT NUMBER 722,397    DIVISION "30"

* * * * * *

MYRA WILSON

VERSUS

CONTINENTAL DIVIDE INSURANCE COMPANY, A.B.R. AUTO TRANSPORT, INC.; JOSUE GONZALEZ AND AMERICA FIRST INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)

FILED _____    _____
                                  DEPUTY CLERK

### JURY ORDER

In accordance with La. C.C.P. art. 1733(A)(2)(a), let there be a trial by jury upon applicant for jury trial posting bond in accordance with the law by filing a pleading demanding a trial by jury and providing a cash deposit of five thousand dollars no later than sixty days after filing the request for a trial by jury.

Baton Rouge, Louisiana, this **15** day of **September**, **2022**.

_____
JUDGE, 19TH JUDICIAL DISTRICT COURT
**TARVALD SMITH**

Respectfully submitted:

LAW OFFICE OF BRAD J. BRUMFIELD

BY:_____
MASON C. JOHNSON, Bar Roll #32168
BRAD J. BRUMFIELD, Bar Roll #24982
(physical) 9100 Bluebonnet Centre Blvd, Ste. 300
Baton Rouge, LA 70809
(mailing) PO Box 7217
London, KY 40742
(225) 442-6743 (direct dial)
(225) 293-7272 (general office no.)
(603) 430-0864 (fax)
Mason.Johnson@libertymutual.com
Address for electronic service:
BatonRougeLegalMail@libertymutual.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the U.S. Mail, postage prepaid and properly addressed, this 12th day of September, 2022.

_____
Mason C. Johnson

EAST BATON ROUGE PARISH
Filed Sep 12, 2022 1:22 PM
Deputy Clerk of Court
E-File Received Sep 12, 2022 9:34 AM
C-722397
30

LA980-047866774-0005

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

SUIT NUMBER 722,397   DIVISION "30"

\* \* \* \* \* \* \*

MYRA WILSON

VERSUS

CONTINENTAL DIVIDE INSURANCE COMPANY, A.B.R. AUTO TRANSPORT, INC.; JOSUE GONZALEZ AND AMERICA FIRST INSURANCE COMPANY (IN ITS CAPACITY AS UNINSURED/UNDERINSURED MOTORIST CARRIER)

FILED _____        _____
                                      DEPUTY CLERK

**REQUEST FOR NOTICE**

TO:   Clerk of Court
      19th Judicial District Court
      Parish of East Baton Rouge
      Baton Rouge, LA 70821

Pursuant to article 1572 of the Louisiana Code of Civil Procedure, Defendant **AMERICA FIRST INSURANCE COMPANY**, hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully submitted:

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the U.S. Mail, postage prepaid and properly addressed, this 12th day of September, 2022.

_____
Mason C. Johnson

LAW OFFICE OF BRAD J. BRUMFIELD

BY:_____
MASON C. JOHNSON, Bar Roll #32168
BRAD J. BRUMFIELD, Bar Roll #24982
(physical) 9100 Bluebonnet Centre Blvd, Ste. 300
Baton Rouge, LA 70809
(mailing) PO Box 7217
London, KY 40742
(225) 442-6743 (direct dial)
(225) 293-7272 (general office no.)
(603) 430-0864 (fax)
Mason.Johnson@libertymutual.com
Address for electronic service:
BatonRougeLegalMail@libertymutual.com

CERTIFIED TRUE AND CORRECT COPY

SEP 2 1 2022

East Baton Rouge Parish
Deputy Clerk of Court